IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RANDALL JENNINGS,

    Petitioner,

  v.

                                    Case No. 18-cv-802-jdp

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America and against petitioner Randall Jennings denying his petition under 28 U.S.C. § 2255.

   s/ V. Olmo, Deputy Clerk                        6/4/2019
  Peter Oppeneer, Clerk of Court                 Date